# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL STRINGER,

        Plaintiff,

v.

RENEE BAKER, *et al.*,

        Defendants.

CASE NO.: 3:11-CV-00711-RCJ-VPC

**ORDER**

Before the Court is the Report and Recommendation (#46) entered on August 9, 2013. Plaintiff filed his Objections to United States Magistrate Judge's Report and Recommendation (#47) on August 26, 2013.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#46) entered on August 9, 2013, is adopted and accepted.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#35) is GRANTED. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

Dated: This 30th day of August, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE