1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**
7                              **DISTRICT OF NEVADA**

8   MICHAEL STRINGER,
                                            CASE NO.: 3:11-CV-00711-RCJ-VPC
9                     Plaintiff,
          v.                                **ORDER**
10
    RENEE BAKER, *et al.*,
11
                      Defendants.
12  ──────────────────────────

13         Before the Court is the Report and Recommendation (#46) entered on August 9, 2013.  Plaintiff

14  filed his Objections to United States Magistrate Judge's Report and Recommendation (#47) on August

15  26, 2013.

16         The Court has conducted it's *de novo* review in this case, has fully considered the objections of

17  the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant

18   to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in

19  whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b).

20  The Court determines that the Magistrate Judge's Report and Recommendation (#46) entered on August

21  9, 2013, is adopted and accepted.

22         IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#35) is

23  GRANTED.  The Clerk shall enter judgment accordingly.

24         IT IS SO ORDERED.

25         Dated: This 30th day of August, 2013.

26

27                                          _____
                                            ROBERT C. JONES
28                                          UNITED STATES DISTRICT CHIEF JUDGE